UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

**IN THE MATTER OF:**

BILLY ROSS HOPPER, III,

Bankruptcy Case No. 13-31229-DSO
Honorable Daniel S. Opperman
Chapter 7

Debtor

## TRUSTEE'S MOTION TO REOPEN BANKRUPTCY CASE NO. 13-31229, WAIVE FILING FEE, AND REAPPOINT TRUSTEE

NOW COMES Trustee, Samuel D. Sweet, and hereby states as follows:

1. On April 4, 2013, Billy Ross Hopper, III ( "Debtor") filed a Petition under Chapter 7 of the Bankruptcy Reform Act of 1978 as Amended, Title 11.

2. Subsequent to that filing, Samuel D. Sweet was appointed the duly qualified and acting Trustee in this matter.

3. Trustee has discovered that the Debtor has a pending lawsuit that was not disclosed at the meeting of creditors.

4. The discovery of the above mentioned pending lawsuit gives the Trustee good cause to reopen this case.

5. Pursuant to 11 U.S.C. §350(b) Trustee may reopen this case to administer assets and for a good cause.

6. Trustee believes that the requirements of 11 U.S.C. §350(b) have been met and that this case should be re-opened.

WHEREFORE, Trustee requests his Honorable Court enter an Order allowing Trustee to Reopen Case Number 13-31229-DSO, Waive Filing Fee, and Reappoint Trustee.

Respectfully Submitted,

Dated: July 23, 2013

/s/ Samuel D. Sweet
Samuel D. Sweet (P48668)
Chapter 7 Trustee
P.O. Box 757
Ortonville, MI 48462-0757
(248) 236-0985

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN THE MATTER OF:

BILLY ROSS HOPPER, III,

Bankruptcy Case No. 13-31229-DSO
Honorable Daniel S. Opperman
Chapter 7

Debtor

**PROPOSED ORDER GRANTING TRUSTEE'S MOTION TO REOPEN BANKRUPTCY CASE NO. 13-31229**

This matter having come before this Honorable Court upon the Trustee's Application to Reopen Bankruptcy Case No. 13-31229-DSO, Waive Filing Fee, and Reappoint Trustee, the required time having elapsed without an objection, or all such objections having been resolved, and the Court otherwise being fully advised in the premises.

**NOW, THEREFORE**;

**IT IS HEREBY ORDERED** that Bankruptcy Case No. 13-31229-DSO be reopened with all filing fees hereby waived, and the Trustee shall be appointed by the United States Trustee.

**"EXHIBIT A"**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – FLINT

**IN THE MATTER OF:**

BILLY ROSS HOPPER, III,

Bankruptcy Case No. 13-31229-DSO
Honorable Daniel S. Opperman
Chapter 7

        Debtor

## NOTICE OF TRUSTEE'S INTENT TO REOPEN BANKRUPTCY CASE NO. 13-31229

Trustee, Samuel D. Sweet has filed papers with the Court to reopen Bankruptcy Case No. 13-31229-DSO.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to reopen this bankruptcy case, or if you want the Court to consider your views on the reopening of this case, within 21 days, you or your attorney must:

1. Pursuant to L.B.R. 9104 (E.D.M.), file with the court a written objection explaining your position at:[1]

Clerk of the United States Bankruptcy Court
Eastern District of Michigan-Southern Division
226 West Second Street
Flint MI 48502

If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Samuel D. Sweet
Chapter 7 Trustee
[see address below]

2. If a response or answer is timely filed and served, the Clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an Order granting that relief.**

                                                Respectfully Submitted,

Dated: July 23, 2013                                      /s/ Samuel D. Sweet
                                                            Samuel D. Sweet (P48668)
                                                            Chapter 7 Trustee
                                                            P.O. Box 757
                                                            Ortonville, MI 48462-0757
                                                            (248) 236-0985

[1] Response or answer must comply with F.R. Civ. P 8 (b) (c) and (e)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – FLINT**

**IN THE MATTER OF:**

|  |  |
|---|---|
|  | Bankruptcy Case No. 13-31229-DSO |
| BILLY ROSS HOPPER, III, | Honorable Daniel S. Opperman |
|  | Chapter 7 |

Debtor

## **CERTIFICATE OF SERVICE**

I hereby certify that on 7/23/2013, I served copies as follows:

1. Documents Served: Motion to Reopen Case, Notice of Motion, Proposed Order, and certificate of Service

2. Served Upon: Billy Ross Hopper, Iii
10332 N. Lewis Rd.
Clio, MI 48420

3. Served through ECF: James P. Frego, II
Attorney for Debtor
fregolaw@aol.com

Office of the US Trustee

Samuel D. Sweet, PLC
Chapter 7 Trustee

By /s/ Samuel D. Sweet
Samuel D. Sweet, (P48668)
PO Box 757
Ortonville, MI 48462-0757
248-236-0985

ssweet@trusteesweet.us

Dated: July 23, 2013